IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN RIO, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 19-cv-08470 |
| PROFESSIONAL DEBT MEDIATION, INC., | ) ) ) | Hon. Andrea Wood |
| Defendant. | ) ) | |

### Initial Status Report

Plaintiff Ryan Rio, through his counsel The Law Office of M. Kris Kasalo, Ltd., for his Initial Status Report, states as follows (counsel for Defendant has not appeared to date):

I. The Nature of the Case

A. Attorneys of Record

**Plaintiff**
Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street, Suite 3100
Chicago, IL 60602
Tel 312-726-6160
Fax 312-698-5054
Mario.kasalo@kasalolaw.com

Celetha Chatman
Michael Wood
*Community Lawyers, LLC.*
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

**Defendant**

Counsel for Defendant, identified below, has informed Plaintiff's counsel that she is not admitted to practice in this District and cannot contribute to the content of this Report, although she indicates that PDM intends to defend should this case not settle, and has requested to March 10, 2020 to obtain local counsel to respond to the Complaint. Discussions regarding this case have proceeded with:

>Kathleen Crowley
>OOR| Cook
>The Bank of America Tower
>50 N. Laura Street, Suite 1675
>Jacksonville, Florida 32202
>Ph: (904) 358-8300
>Fx: (904) 358-8303
>Email: kcrowley@orrcook.com

B. Jurisdiction

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

C. Claims Asserted In Complaint

1. PDM overshadowed its disclosure of Plaintiff's rights to request the name and address of the original creditor within the thirty day validation period, in violation of 15 U.S.C. § 1692g(b), when it stated within the Notice of Debt that it was necessary that Plaintiff pay the balance in full if he did not dispute the alleged debt;

2. PDM misrepresented Plaintiff's right to obtain the name and address of the original creditor, and used false, deceptive, or misleading representations or means in connection with the collection of the alleged debt thereby, in violation of 15 U.S.C. § 1692e;

       3. PDM used unfair and unconscionable means to collect the alleged debt by unfairly misrepresenting Plaintiff's rights under the FDCPA, as they pertain to Plaintiff's ability to obtain the name and address of the original creditor;

       4. PDM failed to effectively state the name of the current creditor, in violation of 15 U.S.C. § 1692g(a)(2), when it stated that the alleged debt was owed to an entity other than the original creditor;

       5. PDM misrepresented the legal status of the alleged debt by falsely stating that Plaintiff owed money to an entity to which he did not, in violation of 15 U.S.C. § 1692e.

D. Relief Sought Under The FDCPA

       1. Statutory damages for the class pursuant to 15 U.S.C. § 1692k(a)(2);

       2. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

       3. Such other or further relief as the Court deems proper.

E. Major Legal & Factual Issues

       1. For The Plaintiff: whether the communications made by Defendant, violated the FDCPA, the validity of Defendant's affirmative defenses, Defendant's net worth, and the number of members in the proposed class.

F. All Parties have been served in this matter

II. Discovery and Case Plan

    A. The discovery needed will be Requests for Production, Requests to Admit & Interrogatories, as well as depositions of the parties and possible service of subpoenas to third parties;

    B. MIDP Responses will be due on April 10, 2020;

    C. Written Discovery will issue on or by May 10, 2020;

    D. Fact Discovery will close on August 10, 2020;

    E. Neither party anticipates calling expert witnesses at this time;

    F. Dispositive Motions will be due September 11, 2020;

    G. Parties do not expect the need for expert discovery;

    H. There are no pending motions.

III. Trial

    A. Plaintiff has demanded a jury;

    B. Parties anticipate being ready for trial by March of 2021;

    C. Plaintiff anticipates trial will take 2 days.

IV. Consent and Settlement Discussion

    A. Plaintiff does not unanimously consent to proceed before the Magistrate Judge on all matters;

    B. Plaintiff has not made a class demand as Defendant has not provided net worth or class size information to date;

    C. Plaintiff does not request a settlement conference at this time before the Magistrate judge.

Dated: March 5, 2020

        Counsel for Plaintiff

        By: s/*Mario Kris Kasalo*
        Mario Kris Kasalo
        The Law Office of M. Kris Kasalo, Ltd.
        20 North Clark Street, Suite 3100
        Chicago, IL 60602
        Tel 312-726-6160
        Fax 312-698-5054
        Mario.kasalo@kasalolaw.com

        Celetha Chatman
        Michael Wood
        *Community Lawyers, LLC.*
        20 N. Clark Street, Suite 3100
        Chicago, IL 60602
        Ph: (312)757-1880
        Fx: (312)476-1362
        cchatman@communitylawyersgroup.com
        mwood@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Mario Kasalo, an attorney, hereby certify that on March 5, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 5, 2020**                                                  Respectfully submitted,

                                                                            By: */s/ Mario Kasalo*